No. 11–8027. In Re Justin H. McMurrin, Petitioner v. The Honorable Ray Mabus, Secretary of the Navy, and Commanding Officer, Naval Consolidated Brig, Charleston, Respondents. On consideration of the petition for extraordinary relief in the

nature of a writ of habeas corpus, it is ordered that Respondents show cause on or before June 3, 2011, why the requested relief should not be granted.